IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JUDITH GAYLE HOLMBECK; KAREN TAYLOR;**     **PLAINTIFFS**
**RHONDA KING; ANNETTE STETTNISH CORNISH;**
**ROBIN CARTER; and JANE RUSSELL**

v.          Case No. 2:19-CV-00154-LPR

**DAVID P. SOLOMON**     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today (Doc. 115), all previous Orders, and all previous voluntary dismissals, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are DISMISSED without prejudice.

IT IS SO ORDERED this 4th day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE